1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RUBEN T. DAVILA,                          ) Case No. CV 10-0541 DMG (JCG)
                Petitioner,      )
                                )
                v.               ) **JUDGMENT**
                                )
RAUL LOPEZ, Warden,                       )
                Respondent.      )
_____ )

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED:  December 29, 2011

                        _____
                          DOLLY M. GEE
                UNITED STATES DISTRICT JUDGE